UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BERREY,<br><br>    Plaintiff<br><br>    v.<br><br>EVOLVE CELLULAR, INC., AND LOWELL FELDMAN.<br><br>    Defendants. | C.A. NO.  1:23-CV-11433-LTS |

### Notice of Motion and Motion by Defendant Feldman to Dismiss for Lack of Personal Jurisdiction and/or Defendants' Motion to Dismiss and Transfer the Case to the Western District of Texas

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and (3), Defendant Lowell Feldman moves this Court for an order dismissing this action against him as Plaintiff lacks personal jurisdiction over him.  Defendants Lowell Feldman and Evolve Cellular, Inc. alternatively move this Court for an Order transferring this action to the United States District Court for the Western District of Texas pursuant to 28 USC § 1404(a), and Federal Rule of Civil Procedure 12(b)(6) as that court has personal jurisdiction over all parties herein. Further, there is a related case pending in that Texas Court.

In support of this motion, Defendants rely on the Memorandum in Support filed concurrently herewith, Request for Judicial Notice and all pleadings and files in this matter and the Texas matter, all matters of which this Court may take judicial notice, and upon such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this motion.

**REQUEST FOR HEARING AND ORAL ARGUMENT**

Feldman and Evolve respectfully request a hearing and oral argument on this motion pursuant to Local Rule 7.1(d).

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for Defendants attempted in good faith to confer with counsel for Plaintiff to resolve or narrow the issues involved in this motion on July 13, 2023.

Dated:  July 14, 2023                                    Respectfully submitted

                                        LOWELL FELDMAN and EVOLVE
                                        CELLULAR, INC. Defendants
                                        By Their Attorneys

                                        /s/ *Lita M. Verrier*
                                        Lita M. Verrier (BBO #662147)
                                        Jeanette M. Piaget Figueroa (BBO #707465)
                                        Jackson Lewis P.C.
                                        75 Park Plaza
                                        Boston, MA  02116
                                        (617) 305-0025
                                        Lita.Verrier@jacksonlewis.com
                                        Jeanette.Figueroa@jacksonlewis.com

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 14th day of July 2023, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ *Lita M. Verrier*
                                        Jackson Lewis P.C.

4873-0614-5392, v. 1