# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Provanzano v. Parker View Farm, Inc.,*
    827 F. Supp. 2d 53, 56 (D. Mass. 2011) .................................................................................1

*Zucconi v. SRG Tech. LLC,*
    2018 U.S. Dist. LEXIS 84501 .............................................................................................3,4

*Cossart v. United Excel Corp.,*
    804 F.3d 13, 18 (1st Cir. 2015)................................................................................................5

*A Corp. v. All Am. Plumbing, Inc.,*
    812 F.3d 54, 58 (1st Cir. 2016)................................................................................................5

*Astro–Med, Inc. v. Nihon Kohden America, Inc.,*
    591 F.3d 1, 8 (1st Cir. 2009)....................................................................................................5

*Boit v. Gar-Tech Products, Inc.,*
    967 F.2d 671, 675 (1st Cir. 1992)............................................................................................5

*SCVNGR, Inc. v. Punchh, Inc.,*
    478 Mass. 324, 325 (2017) ......................................................................................................6

*Daynard v. Ness, Motley, Loadholt, Richardson & Poole, P.A.,*
    290 F.3d 42, 51 (1st Cir. 2002)................................................................................................6

*Copia Commc'ns, LLC v. AMResorts, L.P.,*
    812 F.3d 1, 4 (1st Cir. 2016)....................................................................................................6

*Baskin-Robbins Franchising LLC v. Alpenrose Dairy, Inc.,*
    825 F.3d 28, 34 (1st Cir. 2016).............................................................................................6,8

*Sigros v. Walt Disney World Co.,*
    129 F.Supp.2d 56, 63 (D. Mass. 2001)....................................................................................6

*Tatro v. Manor Care, Inc.,*
    416 Mass. 763, 767 (1994). .....................................................................................................6

*Perras v. Trane U.S., Inc.,*
    463 F. Supp. 3d 38, 43 (D. Mass. 2020)..................................................................................7

*King v. Prodea Sys.,*
    433 F. Supp. 3d 7, 12 (D. Mass. 2019)....................................................................................7

*M-R Logistics, LLC v. Riverside Rail, LLC,*
   537 F. Supp. 2d 269, 279 (D. Mass. 2008) ..................................................................................7

*Int'l Shoe Co. v. Washington,*
   326 U.S. 310, 316 (1945) ............................................................................................................8

*Milliken v. Meyer*
   311 U.S. 457, 463 (1940) ............................................................................................................8

*Harlow v. Children's Hosp.,*
   432 F.3d 50, 57 (1st Cir. 2005). .................................................................................................8

*Astro-Med, Inc. v. Nihon Kohden Am., Inc.,*
   591 F.3d 1, 9 (1st Cir. 2009) ......................................................................................................8

*Calder v. Jones,*
   465 U.S. 783, 790 (1984). ...........................................................................................................9

*M-R Logistics, LLC*
   465 U.S. 783, 790 (1984). ...........................................................................................................9

*Garg v. VHS Acquisition Subsidiary No. 7,*
   No. 4:20-cv-40060-TSH, 2021 U.S. Dist. LEXIS 65104, at *13 (D. Mass.
   Mar. 9, 2021) ..............................................................................................................................9

*AT&T Mobility LLC v. Concepcion,*
   563 U.S. 333, 339 (2011) ............................................................................................................9

*InterGen N.V. v. Grina,*
   344 F.3d 134, 142 (1st Cir. 2003) ............................................................................................10

*Atl. Marine Const. Co. v. U.S. Dist. Court for W. Dist. of Texas,*
   571 U.S. 49, 52 (2013) ..............................................................................................10,12, 13,15

*Cervantes v. CRST Int'l, Inc.,*
   2020 U.S. Dist. LEXIS 139189, at *3-4 (D. Mass. Aug. 5, 2020) ...............................10,12, 13

*Claudio-de Leon v. Sistema Universitario Ana G. Mendez,*
   775 F.3d 41, 48 (1st Cir. 2014) ................................................................................................10

*M/S Bremen v. Zapata Off-Shore Co.*
   407 U.S. 1, 10, 15 (1972) .....................................................................................................10,12

*Europa Eye Wear Corp. v. Kaizen Advisors, LLC,*
   390 F. Supp. 3d 228, 230 (D. Mass. 2019) ..........................................................................10,12

*Melia v. Zenhire, Inc.*
   462 Mass. 164, 967 N.E.2d 580, 595 (Mass. 2012) .................................................................13

*Van Ossenbruggen v. Cowan Sys., LLC,*
    2016 U.S. Dist. LEXIS 40256, at *5 (D. Mass. Mar. 28, 2016) ............................................. 13

*Cambridge Biotech Corp. v. Pasteur Sanofi Diagnostics*
    433 Mass. 122, 740 N.E.2d 195, 203 (Mass. 2000) ............................................................... 13

*Stewart Org., Inc. v. Ricoh Corp.,*
    487 U.S. 22, 29 (1988)) ........................................................................................................... 13

*Gemini Inv'rs Inc. v. Ameripark, Inc.,*
    542 F. Supp. 2d 119, 126 (D. Mass. 2008) .............................................................................. 14

*Brant Point Corp. v. Poetzsch*
    671 F. Supp. 2, 3 (D. Mass. 1987) ........................................................................................... 14

*March VII Inv. Ltd. P'ship v. Kramer*
    2016 U.S. Dist. LEXIS 126303, 3-5 (D. Mass. Sept. 14, 2016) .............................................. 15

*Research Automation v. Schrader-Bridgeport Intern, Inc.,*
    626 F.3d 973, 978 (7th Cir. 2010) ............................................................................................ 15

*Idenix Pharm., Inc. v. Gilead Sciences, Inc.,*
    2014 U.S. Dist. LEXIS 199627, at *2 (D. Mass. June 30, 2014) ............................................ 16

*Boston Post Partners III, LLP v. Pasket*
    2016 U.S. Dist. LEXIS 88811. ................................................................................................. 16

*Sky Techs. LLC v. Sap AG,*
    No. 2:06-CV-440 (DF), 2008 U.S. Dist. LEXIS 121489, at *19 (E.D. Tex.
    June 4, 2008) ............................................................................................................................. 16

*Singer v. Lexington Ins. Co.,*
    658 F. Supp. 341, 343 (N.D. Tex. 1986) .................................................................................. 16

**Statutes**

Federal Rules of Civil Procedure 12(b)(2), (3) and (6). ..........................................................1,4,14

*Massachusetts Wage Act*
    ALM GL ch. 149, § 148..............................................................................................4, 5

M.G.L. c. 223A, § 3 ...............................................................................................................6

Federal Arbitration Act, 9 U.S.C. §§1 ...................................................................................9

28 U.S.C. § 1404(a) ................................................................................................1,4, 10, 14,16

4859-6541-2208, v. 1