UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BERREY,<br><br>    Plaintiff<br><br>    v.<br><br>EVOLVE CELLULAR, INC., AND LOWELL FELDMAN.<br><br>    Defendants. | C.A. NO. 1:23-CV-11433-LTS |

**[Proposed] Order in Support of Defendant Feldman's Motion to Dismiss For Lack of Personal Jurisdiction and/or Defendants' Motion to Dismiss and Transfer the Case to the Western District of Texas**

Defendants Lowell Feldman and Evolve Cellular, Inc. having filed Feldman's Motion to Dismiss due to lack of personal jurisdiction and both Defendants' Motion to dismiss and transfer this matter to the Federal Court of Texas, Western District, (the "Motion"), and after review of the facts set forth in the Motion, and supporting Memorandum of Law, this Court concludes that Defendants' Motion should be GRANTED.

Accordingly, it is hereby ORDERED that:

1. This Court does not have personal jurisdiction over Lowell Feldman and he is dismissed;

2. In accordance with FRCP Rule 1404(a), this matter is hereby transferred to the Federal District Court of Texas, Western Division.

ENTERED as the Order of the Court this ____ day of July 2023 at _____ a.m./p.m. o'clock.

_____

United States District Court Judge

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 14th day of July 2023, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Lita M. Verrier*
                                                  Jackson Lewis P.C.

4881-8845-8864, v. 1